IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 99-325

1999 MT 311A

_____

CARTER COUNTY and )

FALLON COUNTY, )

) Petitioners and Appellants, )

) O R D E R

v. )

)

PUBLIC EMPLOYEES' )

RETIREMENT BOARD, )

)

Defendant and Respondent. )

_____

¶1.Appellants Carter County and Fallon County timely filed herein a "Motion to Alter or Amend Judgment to Allow Further Briefing" which, pursuant to Rule 34, M.R.App.P., we deem a Petition for Rehearing of this Court's Memorandum Opinion issued December 9, 1999.

¶2.Respondent Public Employees' Retirement Board, timely filed its objections to Appellants' motion.

¶3.We agree with Respondent that no basis exists for rehearing. However,

¶4.IT IS ORDERED that we hereby amend the Court's December 9, 1999 opinion to include the following as the first full paragraph:

¶5.     Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1996 Internal Operating Rules, the following decision shall not be cited as precedent but shall be filed as a public document with the Clerk of the Supreme Court and shall be reported by case title, Supreme Court cause number and result to the State Reporter Publishing Company and to West Group in the quarterly table of noncitable cases issued by this Court.

¶6.Former ¶1 will now be renumbered ¶2, with succeeding paragraphs to be renumbered accordingly.

¶7.IT IS FURTHER ORDERED that the public domain citation of this opinion will be changed to reflect its noncitable designation; the citation now becomes 1999 MT 311N.

¶8.IT IS FURTHER ORDERED that this opinion shall not be published in West Group's Pacific Reporter, Second.

¶9.IT IS FURTHER ORDERED that State Reporter Publishing Company is to withdraw the opinion found at 56 St.Rep. 1256, to be replaced by this order.

¶10.IT IS FURTHER ORDERED that in all other respects, this Court's Opinion of October 9, 1999 shall remain the same. Let remittitur issue forthwith.

¶11.The Clerk is directed to mail a true copy hereof to counsel of record for the respective parties.

¶12.DATED this 24th day of February, 2000.

/S/ W. WILLIAM LEAPHART

/S/ JAMES C. NELSON

/S/ JIM REGNIER

/S/ TERRY N. TRIEWEILER

/S/ KARLA M. GRAY